■ DANBY COMPANY, INC., Appellant, v. DANIEL D. BERNSTEIN, Doing Business under the Names of DANBY DISTRIBUTORS and DANBY SALES, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of E. I. DU PONT DE NEMOURS & COMPANY, INC., Respondent, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants.— Final order unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUIDO BERARDO, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of SAMUEL EDELSTEIN, Petitioner, against PERCY GALE, JR., as Director of the Bureau of Real Estate of the Board of Estimate of the City of New York, Respondent.— Petitioner was removed upon written notice that did not specify adequately the charges he would be called upon to answer. Furthermore, the only witness who appeared against him did not testify under oath (*People ex rel. Kasschau* v. *Police Comrs.*, 155 N. Y. 40; *Matter of Hecht* v. *Monaghan*, 307 N. Y. 461). The determination of respondent is annulled, and the matter is remanded for a new hearing in accordance with statutory requirements and upon specifications apprising petitioner properly of the nature of the charges made against him, that will supplement the inadequate notice previously given him. The suspension without pay presently in force will be continued. Costs to abide the event. Settle order. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of the Estate of MARIE S. DAVIS, Deceased. CHARLOTTE STOESSINGER, Appellant; OSCAR STOESSINGER et al., Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ. [6 Misc 2d 10.]

■ WINIFRED TYRRELL, Respondent, v. ARTHUR C. TYRRELL et al., Appellants.— Orders unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of KATZ-737 CORPORATION, Appellant-Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Respondent-Appellant, and ARTHUR SORIN, Intervenor-Respondent-Appellant.— Order unanimously modified on the facts and the law so as to reverse that portion of the order annulling the Rent Administrator's requirement that elevator indicators should be installed, and otherwise affirmed. Upon this record it cannot be held that the Administrator's finding that such indicators are necessary for the protection, safety and well-being of the tenants in this luxury building is arbitrary or capricious. Settle order, without costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ NAT ABRAMS et al., Copartners Doing Business under the Name of WHITE SWAN CLOTHING CO., Appellants, v. CROMPTON-RICHMOND CO. INC., et' al., Respondents.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Stevens, JJ.

■ SAM MILLER et al., Appellants, v. AMERICAN BONDING COMPANY OF BALTIMORE, Respondent.— In this action on an undertaking, the plaintiffs appeal from an order dismissing the complaint and directing entry of judgment for the defendant, and denying a cross motion by the plaintiffs to strike the answer and for summary judgment. The bond was furnished as a condition for a stay pending the determination by this court of an application for an injunction *pendente lite,* in an action by a minority stockholder for injunctive